IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS COATS,

    Plaintiff,                        No. 2:09-cv-1830 KJN P

    vs.

T. KIMURA, et al.,

    Defendants.                ORDER

                                      /

        Plaintiff is a prisoner who is proceeding without counsel and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On December 20, 2010, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Evans was returned unserved because "not employed." Therefore, plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code §§ 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed September 27, 2010;

1

1          2. Within sixty days from the date of this order, plaintiff shall complete and
2  submit the attached Notice of Submission of Documents to the court, with the following
3  documents:
4          a. One completed USM-285 form for defendant Evans;
5          b. Two copies of the endorsed amended complaint filed September 27,
6          2010; and
7          c. One completed summons form (if not previously provided)
8  or show good cause why he cannot provide such information.
9  DATED: February 23, 2011

                                      _____
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

coat1830.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS COATS,

    Plaintiff,                       No. 2:09-cv-1830 KJN P

    vs.

T. KIMURA, et al.,                   NOTICE OF SUBMISSION

    Defendants.                OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    __1__ completed USM-285 forms

    __2__ copies of the  September 27, 2010
                             Amended Complaint

DATED:

                                         _____
                                         Plaintiff