IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS COATS,

    Plaintiff,                    No. 2:09-cv-1830 KJN P

    vs.

T. KIMURA, et al.,

    Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel in this civil rights action for relief pursuant to 42 U.S.C. § 1983. On February 22, 2011, plaintiff filed a document styled, "Objections to Defendants' Answer. . . ." (Dkt. No. 35.) On March 2, 2011, defendants filed a motion to strike plaintiff's objections and to deny plaintiff's request for judgment on the pleadings or summary judgment contained therein.

        Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. <u>No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.</u>

Fed. R. Civ. P. 7(a) (emphasis added). The court has not ordered plaintiff to reply to defendants'

1

answer and declines to make such an order.  Therefore, plaintiff's "objections," construed as a reply to defendants' answer, are improper and defendants' motion to strike is granted.

Plaintiff's request for entry of judgment on the pleadings or summary judgment in favor of plaintiff is premature and also fails to comply with Rule 56 of the Federal Rules of Civil Procedure.  Plaintiff's request is denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' March 2, 2011 motion to strike (dkt. no. 36) is granted;

2. Plaintiff's February 22, 2011 objections (dkt. no. 35) are stricken from the court record; and

3. Plaintiff's request for entry of judgment on the pleadings or summary judgment in favor of plaintiff is denied without prejudice.

DATED: March 10, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

coat1830.77e