IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM T. COATS,

      Plaintiff,                    No. 2:09-cv-1830 KJN P

    vs.

T. KIMURA, et al.,

      Defendants.          ORDER

_____/

        Plaintiff is a prisoner who is proceeding without counsel and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On December 20, 2010, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Chambers was returned unserved because "not employed - moved out of state." Therefore, plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code §§ 6250, et seq., or other means available to plaintiff.

        Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed July 19, 2010;

1

1      2.  Within sixty days from the date of this order, plaintiff shall complete and
submit the attached Notice of Submission of Documents to the court, with the following
documents:

      a.  One completed USM-285 form for defendant Chambers;

      b.  Two copies of the endorsed amended complaint filed July 19, 2010;

      and

      c.  One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED:  March 28, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

coat1830.8e(2)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM T. COATS,

      Plaintiff,                               No. 2:09-cv-1830 KJN P

    vs.

T. KIMURA, et al.,                       <u>NOTICE OF SUBMISSION</u>

      Defendants.                     <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____     completed summons form

      __1__     completed USM-285 form

      __2__     copies of the July 19, 2010 Amended Complaint

DATED:

                                                   _____
                                                 Plaintiff