IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS COATS,

    Plaintiff,                        No. 2:09-cv-1830 MCE KJN P

    vs.

T. KIMURA, et al.,

    Defendants.                   <u>ORDER</u>

/

        On March 4, 2011, plaintiff filed a notice that defendant Dr. Evans is deceased. Ninety days have passed, Rule 25(a)(1) of the Federal Rules of Civil Procedure, and it does not appear appropriate to substitute a successor or representative in place of defendant Dr. Evans. <u>Smith v. Planas</u>, 151 F.R.D. 547 (S.D. N.Y. 1993). Within thirty days from the date of this order, the parties shall notify the court if they have objection to the dismissal of defendant Dr. Evans from this action.

////

////

////

////

////

Accordingly, IT IS HEREBY ORDERED that any party who objects to the dismissal of defendant Dr. Evans, deceased, shall file said objection within thirty days from the date of this order. Failure to object will result in the dismissal of defendant Evans.

DATED: August 2, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

coat1830.dth