IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS COATS,

        Plaintiff,                    No. 2:09-cv-1830 KJM KJN P

   vs.

T. KIMURA, et al.,

        Defendants.              <u>ORDER</u>

                                  /

      Plaintiff is a state prisoner proceeding without counsel in this civil rights action for relief pursuant to 42 U.S.C. § 1983.  On January 5, 2012, plaintiff filed a reply to defendant Chambers' answer.[1]  (Dkt. No. 85.)  Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served.  <u>No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer</u>.

---

[1] Plaintiff asks for a jury trial.  Plaintiff sought a jury trial in his original complaint; thus, no further request for jury trial is required.  Also, plaintiff refers to defendant Chambers' filing as a "motion."  Plaintiff is advised that defendant Chambers filed an answer, which is a responsive pleading, not a motion.

1

1  Fed. R. Civ. P. 7(a) (emphasis added).  The court has not ordered plaintiff to reply to defendants'
2  answer and declines to make such an order.
3         Accordingly, IT IS HEREBY ORDERED that plaintiff's January 5, 2012 reply
4  (dkt. no. 85) is disregarded.
5  DATED: January 11, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/coat1830.77e

2